# Court of Criminal Appeals

Kemuel Lindsey
Appellant

V

State of Texas
Appellee

§
§
§
§
§
§
§
§
§
§
§

Trial Court Case #08-CR-2737B
P.D.-1415-10

## Motion to Dismiss
## Trial Court Case #08-CR-2737-B

I the Appellant moves the Hon. Court to Dismiss Trial Court Case #08-CR-2737-B due to the District Court at fault for not fully addressing Appellant's specific argument on Petition Discretionary Review on Remand in thier Opinion. Due to his Insufficient Evidence Claim.

6-9-15

Respectfully Submitted

Kemuel Lindsey

Kemuel Lindsey
TDCJ #1559766
Beto Unit
1391 FM 3328
Tennessee Colony, TX
75880

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 19 2015
Abel Acosta, Clerk